UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Boyd Carbaugh, | Civil No. 06-3797 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Rock Island Corporation, d/b/a Jordan Windows & Doors, | |
| Defendant. | |

On September 24, 2007, Plaintiff Patrick Boyd Carbaugh and Defendant Rock Island Corporation, d/b/a Jordan Windows & Doors jointly filed a Stipulation for Dismissal with Prejudice (Docket No. 18). Based on the Stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that:

1. The claims asserted by Plaintiff Carbaugh are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 26, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge